

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00044-CV

| | | |
|---|---|---|
| KARI NICOLE QUEBE HAWK, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (DC30-CV2019-1005) |
| V. | § | January 6, 2022 |
| PAMELA LOUISE WALLACE, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Kari Nicole Quebe Hawk shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By/s/ Dana Womack
      Justice Dana Womack